COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 November 9, 2016
 No. 10-15-00113-CR
 DAVID WAYNE KERR
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 77[th] District Court
 Limestone County, Texas
 Trial Court No. 12491-A
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds that there is no error in the trial court's judgment signed on March 31, 2016. However, the judgment of the trial court is reformed to reflect: 
 1. The phrase on page 2, under the heading "Furthermore, the following special findings or orders apply:" where the judgment states, "Judge Evans found items #1, 2, 4, 11, 12, 13, 18, 19, 24, & 25 in the Motion to Adjudicate to be true" is reformed to state, "Judge Evans found items #1, 2, 4, 10, 12, 15, 16, 18, 19, 24, & 25 in the First Amended Motion to Adjudicate to be true;" and 
 2. The phrase on page 1, third segment below the heading, "Judgment Adjudicating Guilt" where the judgment states, "Statute for Offense: 22.021(a)(2)(B) Penal Code" is reformed to state, "Statute for Offense: Penal Code Section 22.021(a)(1)(B)(iii) and (a)(2)(B)."
As reformed, the judgment of the trial court is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
1398661787224200 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
 Nita Whitener, Deputy Clerk